# EXHIBIT "A"

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

☐ SMALL CLAIMS DIVISION

☐ CIVIL DIVISION

**CASE NO:** 2018-023666-CC-05
**SECTION NO:**

First Funds LLC

v

Victor Kyrr

v

LARGO HONDA

vs.

Plaintiff(s) Defendant(s)

**ORDER GRANTING/DENYING** Defendants Amended Motion to Dissolve

**THIS CAUSE** came before the Court on the 12 day of September, 2024.

on PLAINTIFF'S/DEFENDANT'S Motion Amended Motion to Dissolve

and after hearing argument of counsel, it is

**ORDERED AND ADJUDGED:**

① Defendants Amended Motion to Dissolve is Granted. The plaintiff failed to comply with F.S. 77.041 & 77.055.

② The writ of garnishment as to Largo Honda is Dissolved

③ All monies garnished shall be returned to the Defendant forthwith.

DONE AND ORDERED IN MIAMI-DADE COUNTY, FLORIDA THIS

DAY OF ______, ______.

SEP 12 2024

MICHAEL G. BARKET
County Court Judge

COUNTY COURT JUDGE

Copies furnished to
Parties / Counsel of Record
117.01-207 10/03

SEP 12 2024

MICHAEL G. BARKET
County Court Judge

TT- N. Porras