# EXHIBIT “B”

Jennifer A. Garner, P.A.

August 1, 2024

Victor Kyrr
c/o Jeralyn S. Adelman, Esq.
Via Email to: jeralyn@debtshieldlaw.com

RE: FIRST FUNDS LLC v. Victor Kyrr, Case 2018-023666-CC-05

*****PAYOFF LETTER*****

Dear Victory Kyrr:

Per your request, this correspondence is a payoff, outlining all the amounts due to our client in order to bring the account for the above-mentioned property current:

| | |
|---|---|
| Principal balance as of08/01/2024 | $9,170.32 |
| Interest from February 26, 2009 Thru August 15, 2024 | $11,146.01 |
| Costs | $212.98 |
| Attorney's Fees | $0.00 |
| Total | $20,529.31 |

**2224 Ashley Oaks Circle, Ste 101 Wesley Chapel FL 33544**
**Office: (727)386-9654**
**www.JenniferAGarner.com**

Payment of your Total Amount Due should be made by check payable to Jennifer A. Garner, PA IOTA Trust Account and sent to the address listed below.

This payoff letter is valid through August 15, 2024. Payment made after this date may incur additional interest and possibly additional attorneys' fees and costs. Unless the entire sum owed is paid, further legal action may be pursued, including filing litigation to recover money damages.

If you are unable to pay the entire amount by August 15, 2024, and would like to request a payment plan, please send an email to diane@jenniferagarner.com with the amounts you propose to pay monthly. Please note that all requests for payment plans are subject to our client's review, and our client is under no obligation to accept any such request. Further, if a payment plan is approved, a settlement agreement will be created and sent to you for your signature. There will be additional attorneys' fees and costs associated with preparing the agreement as well as a $25.00 administrative payment processing fee which will be incorporated into your monthly payments.

**You have the right to cure your default and to bring a court action to assert the nonexistence of a default or any other defense. If you are in doubt about your legal rights or remedies, you should consult the legal counsel of your choice. This communication is for the purpose of collecting a debt, and any information obtained from the debtor will be used for that purpose.**

We trust you will give your prompt attention to this serious matter. If you have any questions or concerns, please communicate with me via the email address listed above.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Respectfully,

*Jennifer A. Garner, Esq.*

Jennifer A. Garner, PA

JAG: ldb